Jonah A. Grossbardt (State Bar No. 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
10250 Constellation Boulevard
Suite 100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
CHRIS MARTINO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MARTINO,<br><br>Plaintiff,<br><br>v.<br><br>EAST-WEST EYE INSTITUTE, A MEDICAL CORPORATION,<br><br>Defendant. | CASE NO.: 2:18-cv-00029<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**Demand for Jury Trial** |

<u>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**</u>
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff CHRIS MARTINO by and through undersigned counsel, brings this Complaint against Defendant EAST-WEST EYE INSTITUTE, A MEDICAL

1

CORPORATION for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff CHRIS MARTINO ("Martino") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Martino's original copyrighted works of authorship.

2. Chris Martino is a professional photographer based in Bridgewater, New Jersey. Martino specializes in portrait, family, travel, and commercial photography. Prior to beginning his career as a photographer, Martino nursed a passion for photography for as long as he can remember, and in 2007 embarked on his journey as a professional photographer. Martino's photos have appeared in books, magazines and videos around the world, and his work is available for sale, either in print form or as licensed images.

3. Defendant EAST-WEST EYE INSTITUTE, A MEDICAL CORPORATION ("East-West") is a complete eyecare facility with six locations in southern California.

4. Martino alleges that East-West copied Martino's copyrighted work from the internet in order to advertise, market and promote its business activities. East-West committed the violations alleged in connection with East-West's business for purposes of advertising and promoting sales to the public in the course and scope of East-West's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. East-West is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. East-West Eye Institute, a Medical Corporation is a California Corporation with its principal place of business at 420 East Third Street, Suite 603, Los Angeles, California, 90013, and can be served by serving its Registered Agent, Mr. James Masunaga at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2009, Martino created a photograph entitled "14 More Days", which is shown below and referred to herein as the "Work".

/ /

/ /

/ /

/ /

3

11. Martino registered the Work with the Register of Copyrights on November 19, 2010 and was assigned the registration number VA 1-775-300. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Martino was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

13. East-West has never been licensed to use the Work at issue in this action for any purpose.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, East-West copied the Work.

15. East-West copied Martino's copyrighted Work without Martino's permission.

16. After East-West copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its optical business.

17. East-West copied and distributed Martino's copyrighted Work in connection with East-West's business for purposes of advertising and promoting East-West's business, and in the course and scope of advertising and selling products and services.

18. Martino's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

19. East-West committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

20. Martino never gave East-West permission or authority to copy, distribute or display the Work at issue in this case.

21. Martino notified East-West of the allegations set forth herein on February 9, 2016. To date, East-West has failed to respond to Plaintiff's Notice.

22. Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Martino owns a valid copyright in the Work at issue in this case.

25. Martino registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. East-West copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Martino's authorization in violation of 17 U.S.C. § 501.

27. East-West performed the acts alleged in the course and scope of its business activities.

28. Martino has been damaged.

29. The harm caused to Martino has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant East-West Eye Institute, a Medical Corporation that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

1       b.      Defendant be required to pay Plaintiff his actual damages and
2  Defendant's profits attributable to the infringement, or, at Plaintiff's election,
3  statutory damages, as provided in 17 U.S.C. § 504;

4       c.      Plaintiff be awarded his attorneys' fees and costs of suit under the
5  applicable statutes sued upon; and

6       d.      Plaintiff be awarded such other and further relief as the Court deems
7  just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: January 3, 2018            */s/ Jonah A. Grossbardt*
                                  JONAH A. GROSSBARDT
                                  **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
                                  Attorneys for Plaintiff Chris Martino